THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DUANE TACKETT, : | |
|     Petitioner, : | |
| v. : | Civil Action |
|    : | No. 5:08-cv-411 (CAR) |
| MITCHELL MARTIN, WARDEN, : | |
|     Respondent. : | |
| _____ : | |

**ORDER ON RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 17] to grant Respondent's Motion to Dismiss [Doc. 13] the instant Petition for Writ of Habeas Corpus. Petitioner has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Respondent's Motion to Dismiss is hereby **GRANTED**, and the Petition is **DISMISSED** as untimely.

It is SO ORDERED this 9th day of February, 2010.

                                        S/ C. Ashley Royal
                                        C. ASHLEY ROYAL, JUDGE
                                        UNITED STATES DISTRICT COURT

chw